UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGAR PORRAS,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | No. C11-1275-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Plaintiff's Motion, and that Defendant has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including December 1, 2011, to file the Opening brief; and

- Defendant shall have up to and including December 29, 2011, to file the Responsive brief; and

- Plaintiff shall have up to and including January 12, 2012, to file the Reply brief.

/

//

ORDER
(C11-1275-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000

1     DATED this <u>8th</u> day of November, 2011.

                                                       */s/ Mary Alice Theiler*
                                                       Mary Alice Theiler
                                                       United States Magistrate Judge

Presented by:

s/Sandra Widlan
SANDRA WIDLAN
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
widlan@sgb-law.com

ORDER
(C11-1275-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
(206) 622-8000