UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGAR PORRAS,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Acting Commissioner of the Social Security Administration,<br><br>      Defendant. | No. C11-1275-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Plaintiff's Motion, and that Defendant has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including December 1, 2011, to file the Opening brief; and

- Defendant shall have up to and including December 29, 2011, to file the Responsive brief; and

- Plaintiff shall have up to and including January 12, 2012, to file the Reply brief.

/

//

ORDER
(C11-1275-MAT)

1       DATED this <u>8th</u> day of November, 2011.

 

 

                                                                                   _____
                                                                                    Mary Alice Theiler
                                                                                    United States Magistrate Judge

Presented by:

<u>s/Sandra Widlan</u>
SANDRA WIDLAN
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
widlan@sgb-law.com

ORDER
(C11-1275-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000