UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| EDGAR PORRAS, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. C11-1275-MAT <br><br><br> ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 27, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including February 10, 2012, to file a reply brief.

**This is the parties' second request for extension.  No additional requests will be granted absent extraordinary circumstances.**

DATED this <u>3rd</u> day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1     ORDER – [C11-CV-1275-MAT]

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2732
Fax:  (206) 615-2531
jeffrey.mcclain@ssa.gov

Page 2        ORDER – [C11-CV-1275-MAT]