# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

EDGAR PORRAS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. C11-1275-MAT

ORDER AMENDING THE SCHEDULING ORDER

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 27, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including February 10, 2012, to file a reply brief.

**This is the parties' second request for extension. No additional requests will be granted absent extraordinary circumstances.**

DATED this <u>3rd</u> day of January, 2012.

                                            Mary Alice Theiler
                                            United States Magistrate Judge

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2732
Fax: (206) 615-2531
jeffrey.mcclain@ssa.gov